USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/14

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: CRUDE OIL COMMODITY                    MASTER FILE NO. 11-cv-03600 (WHP)
                                                              ECF CASE
FUTURES LITIGATION


This Document Relates To:  All Actions

### [PROPOSED] REVISED SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

WHEREAS, the Court entered a Revised Scheduling Order on March 19, 2014 [Dkt. No. 201] which set certain deadlines, including an exchange of merits expert reports by July 28, 2014;

WHEREAS, by letter dated July 22, 2014, Plaintiffs have requested the July 28, 2014 deadline for the exchange of initial merits expert reports be extended by approximately two weeks, until August 13, 2014, and that certain other deadlines in the Revised Scheduling Order [Dkt. No. 201] be extended by approximately two weeks;

WHEREAS, Plaintiffs have not requested an extension of the October 23, 2014 deadline for the parties to submit a joint pre-trial order or the November 14, 2014 pretrial conference [*compare* Dkt. 201, ¶¶8-9 *with* ¶¶5-6 below];

WHEREFORE, it is hereby ORDERED that the following deadlines be extended as follows:

1.      Merits expert reports shall be exchanged August 13, 2014;

2.      Responsive merits expert reports shall be exchanged by August 26, 2014;

3.      Rebuttal merits expert reports shall be exchanged by September 23, 2014;

4.      All expert discovery shall be completed by October 16, 2014;

1

5.    The parties shall submit a joint pretrial order by October 23, 2014; and

6.    This Court will hold a final pretrial conference on November 14, 2014 at 11:00 a.m.

7.    Any party shall be permitted to seek to modify or extend any provision of this Scheduling Order for good cause in a written application to the Court that is served on all parties.

Dated:  New York, New York
    July 25, 2014

WILLIAM H. PAULEY III
United States District Judge